**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Mary C. Young,

Plaintiff,

vs.

UNUMProvident Corporation, and Gentiva Health Services, USA, Inc.,

Defendants.

Civil Action No. 01-CV-2420 (DWF/AJB)

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GENTIVA HEALTH SERVICES, USA, INC. TO ANSWER**

---

Plaintiff Mary C. Young and Defendant Gentiva Health Services, USA, Inc. ("Gentiva"), jointly request and stipulate that the Court enter an Order providing Gentiva an extension of time, up to and including February 8, 2002, to serve its responsive pleading in the above captioned matter.

Dated: January 23, 2002

**MANSFIELD TANICK & COHEN, P.A.**

By____________________
Marshall H. Tanick (#108303)
Denise Yegge Tataryn (#179127)
1560 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3383
Telephone: (612) 339-4295

**ATTORNEYS FOR PLAINTIFF MARY C. YOUNG**

Dated: January 21, 2002

**LITTLER MENDELSON, P.C.**

By____________________
George R. Wood (#166017)
Jeremy D. Sosna (#0290233)
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 630-1000

**ATTORNEYS FOR GENTIVA HEALTH SERVICES, USA, INC.**

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

It is hereby ORDERED that Defendant Gentiva Health Services, USA, Inc. is granted an extension of time in which to serve its responsive pleading pursuant to Federal Rule of Civil Procedure 12 up to and including February 8, 2001.

January 25, 2002

Honorable Arthur J. Boylan