**UNITED STATES DISTRICTCOURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Mary C. Young,<br><br>Plaintiff,<br><br>vs.<br><br>UNUMProvident Corporation, and Gentiva Health Services, Inc.,<br><br>Defendants. | ) | Civil Action No. 01-CV-2420 (DWF/AJB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

PURSUANT TO THE STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED that all claims that were or could have been asserted against defendant Gentiva Health Services, Inc. in the above-referenced are hereby dismissed with prejudice and on the merits, each party to bear its own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated This 6th Day of Dec., 2002.

THE HONORABLE DONOVAN W. FRANK
UNITED STATES DISTRICT COURT JUDGE

MINNEAPOLIS:36289.1 039495.1003
11/4/02 3:40 PM



FILED DEC 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 0 6 2002
DEPUTY CLERK

**EXHIBIT A**

**UNITED STATES DISTRICTCOURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Mary C. Young,<br><br>Plaintiff,<br><br>vs.<br><br>UNUMProvident Corporation, and Gentiva Health Services, Inc.,<br><br>Defendants. | ) | Civil Action No. 01-CV-2420 (DWF/AJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Mary C. Young and defendant Gentiva Health Services, Inc., by and through their respective attorneys, hereby stipulate and agree that all claims that were or could have been asserted against defendant Gentiva Health Services, Inc. in the above-referenced matter may be dismissed with prejudice and on the merits, each party to bear its own costs.

Dated: ~~October~~ December 3, 2002.

**MANSFIELD, TANICK & COHEN, P.A.**

By: [signature]
Denise Yegge Tataryn (#179127)
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4511
Telephone: (612) 339-4295
Fax No.: (612) 339-3161

**ATTORNEYS FOR PLAINTIFF MARY C. YOUNG**



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ~~October~~ December 5, 2002.

**LITTLER MENDELSON, P.C.**

By: ______________________

George R. Wood (#0166017)
Jeremy D. Sosna (#0290233)
Suite 3110
33 South Sixth Street
Minneapolis, Minnesota 55402-3716
Telephone: (612) 630-1000
Fax No.: (612) 630-9626

**ATTORNEYS FOR DEFENDANT GENTIVA HEALTH SERVICES, INC.**