**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARY C. YOUNG, Civil No. 01-2420 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

UNUMPROVIDENT CORPORATION,

Defendant.

---

Denise Tataryn, Esq., and Marshall Tanick, Esq., Mansfield Tanick & Cohen, 220 South 6th Street, Suite 1700, Minneapolis, MN 55402-1409, counsel for Plaintiff.

John Harper, III, Esq., Terrance Wagener, Esq.,and Christopher Jossart, Esq., Krass Monroe, 1100 Southpoint Office Center, 1650 West 82nd Street, Bloomington, MN 55431, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment or to seek enforcement of the settlement terms.

Dated: January 9, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 10 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______